AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CRYSTAL S.,

Nov 20, 2020

SEAN F. McAVOY, CLERK

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | ) |
|  | ) |

Civil Action No.   1:19-CV-03258-FVS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED.
Defendant's Motion for Summary Judgment (ECF No. 16) is DENIED.
This case is REVERSED and REMANDED for immediate calculation and award of benefits.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Fred Van Sickle _____ on motions for
Summary Judgment (ECF Nos. 12 and 16).

Date:  11/20/2020 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lee Reams
_____
*(By) Deputy Clerk*

Lee Reams
_____